# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:13–mc–00380–KPF

Federal Deposit Insurance Corporation as Receiver for Omni National Bank v. Axis Reinsurance Company et al
Assigned to: Judge Katherine Polk Failla
Cause: M 08–85 Motion to Compel

Date Filed: 11/07/2013
Date Terminated: 01/23/2014

**Plaintiff**

**Federal Deposit Insurance Corporation as Receiver for Omni National Bank**

represented by **Andrew M. Reidy**
Dickstein Shapiro LLP
1825 Eye St., N.W.
Washington, DC 20006
(202)–420–2200
Fax: (202)–420–2201
Email: reidya@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cathering J Serafin**
Dickstein Shapiro LLP
1825 Eye St., Nw
Washington, DC 20006
(202)–420–2200
Fax: (202)–420–2201
Email: serafinc@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Louis Schulman**
Dickstein Shapiro LLP (NY)
1633 Avenue of the Americas
New York, NY 10019
(212) 277–6731
Fax: (917) 591–6954
Email: schulmanj@dicksteinshapiro.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Axis Reinsurance Company**

represented by **Robert W. Tomilson**
Cozen OConnor
1900 Market St.
Philadelphia, PA 19103
215–665–5587
Fax: 215–701–2240
Email: rtomilson@cozen.com
*LEAD ATTORNEY*
*PRO HAC VICE*

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Christopher Raleigh**<br>Cozen O'Connor<br>45 Broadway 16th Floor<br>New York, NY 10006<br>(212) 908–1245<br>Fax: (866) 591–9125<br>Email: craleigh@cozen.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **TransAtlantic Reinsurance Company** | represented by | **Michael Ralph Kuehn**<br>Ford Marrin Esposito Witmeyer &Gleser, LLP<br>88 Pine Street, 23rd Floor<br>New York, NY 10005<br>(212)–269–4900<br>Fax: (212)–344–4294<br>Email: mkuehn@crowell.com<br>*ATTORNEY TO BE NOTICED* |

**Miscellaneous**

| | | |
|---|---|---|
| **Progressive Casualty Insurance Company**<br>Traub Lieberman Straus &Shrewsberry LLP<br>Mid–Westchester Executive Park<br>Seven Skyline Drive<br>Hawthorne, NY 10532<br>914–586–7013<br>*Progressive Casualty Insurance Company* | represented by | **Matthew Jewell Dendinger**<br>Loss, Judge &Ward, LLP<br>1133 21st Street Nw, Suite 450<br>Washington, DC 20036<br>(202)–778–4060<br>Email: mdendinger@ljwllp.com<br>LEAD ATTORNEY<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2013 | Ï 1 | MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank.(wb) (wb). (Entered: 11/07/2013) |
| 11/07/2013 | Ï 2 | MEMORANDUM OF LAW in Support re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935). Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (wb) (wb). (Entered: 11/07/2013) |
| 11/07/2013 | Ï | Case Designated ECF. (wb) (Entered: 11/12/2013) |
| 11/08/2013 | Ï 3 | DECLARATION of Joseph A. Saka in Support re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935). Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 |

| | | |
|---|---|---|
| | | Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Schulman, Jeffrey) (Entered: 11/08/2013) |
| 11/13/2013 | Ï 4 | CERTIFICATE OF SERVICE of Notice of Motion, Declaration with Exhibits, Memorandum of Law in Support of Motion, Miscellaneous Cover Sheet and SDNY ECF Instructions and Rules served on Axis Reinsurance Company on 11/08/2013. Service was accepted by Ryan McMorren. Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (Schulman, Jeffrey) (Entered: 11/13/2013) |
| 11/13/2013 | Ï 5 | AFFIDAVIT OF SERVICE of Notice of Motion, Declaration with Exhibits, Memorandum of Law in Support of Motion, Miscellaneous Cover Sheet and SDNY ECF Instructions and Rules served on Transatlantic Reinsurance Company on 11/11/2013. Service was accepted by Amy M. Cinquegrana. Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (Schulman, Jeffrey) (Entered: 11/13/2013) |
| 11/19/2013 | Ï 6 | NOTICE OF APPEARANCE by Christopher Raleigh on behalf of Axis Reinsurance Company. (Raleigh, Christopher) (Entered: 11/19/2013) |
| 11/20/2013 | Ï 8 | JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR THE MOTION TO COMPEL: that the time for Axis Reinsurance Company and Transatlantic Reinsurance Company...to file their respective Responses shall be extended up to and including 12/2/2013. The FDIC−R's time to file and serve any Reply(ies) thereto shall be extended up to and including 12/10/2013. Set Deadlines/Hearing as to 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC−NDG. Other Court Case Number: 12−CV−01103−RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC−NDG. Other Court Case Number: 12−CV−01103−RLV. (Filing Fee $ 46.00, Receipt Number 465401080935): Responses due by 12/2/2013, Replies due by 12/10/2013. (Signed by Judge Kimba M. Wood, Part I, on 11/19/2013) (tn) (Entered: 11/20/2013) |
| 11/20/2013 | Ï | ***DELETED DOCUMENT. Deleted document number 7 JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR THE MOTION TO COMPEL. The document was incorrectly filed in this case. (mt) (Entered: 12/02/2013) |
| 11/20/2013 | Ï | ***DELETED DOCUMENT. Deleted document number 11 JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR THE MOTION TO COMPEL. The document was incorrectly filed in this case. (mt) (Entered: 12/02/2013) |
| 11/21/2013 | Ï 9 | NOTICE OF APPEARANCE by Michael Ralph Kuehn on behalf of TransAtlantic Reinsurance Company. (Kuehn, Michael) (Entered: 11/21/2013) |
| 11/21/2013 | Ï 10 | FILING ERROR – CORPORATE PARENT/OTHER AFFILIATE NOT ADDED – RULE 7.1 CORPORATE DISCLOSURE STATEMENT.. Document filed by TransAtlantic Reinsurance Company.(Kuehn, Michael) Modified on 11/22/2013 (lb). (Entered: 11/21/2013) |
| 11/22/2013 | Ï | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Michael Ralph Kuehn to RE−FILE Document 10 Rule 7.1 Corporate Disclosure Statement. ERROR(S): Corporate Parents were not added. Please re−file these documents and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). YOU MUST SELECT THE SEARCH BUTTON. Select the correct name or create a new corporate parent. Add the corporate parent. (lb) (Entered: 11/22/2013) |
| 11/25/2013 | Ï 12 | SECOND RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Alleghany Corporation for TransAtlantic Reinsurance Company. Document filed by TransAtlantic Reinsurance Company.(Kuehn, Michael) (Entered: 11/25/2013) |
| 11/26/2013 | Ï 13 | |

| | | |
|---|---|---|
| | | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent AXIS Specialty Global Holdings Limited, Corporate Parent AXIS Specialty U.S. Holdings, Inc., Corporate Parent Axis Capital Holdings Limited for Axis Reinsurance Company. Document filed by Axis Reinsurance Company.(Raleigh, Christopher) (Entered: 11/26/2013) |
| 12/02/2013 | 14 | LETTER RESPONSE in Opposition to Motion addressed to Judge Kimba M. Wood from Christopher Raleigh dated December 2, 2013 re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935). Document filed by Axis Reinsurance Company. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Affidavit Affidavit of Service)(Raleigh, Christopher) (Entered: 12/02/2013) |
| 12/02/2013 | 15 | MEMORANDUM OF LAW in Opposition re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935). Document filed by TransAtlantic Reinsurance Company. (Attachments: # 1 Affidavit Declaration of B. Levene, # 2 Affidavit Declaration of M. Kuehn)(Kuehn, Michael) (Entered: 12/02/2013) |
| 12/02/2013 | 16 | DECLARATION of Matthew J. Dendinger in Opposition re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935). Document filed by Progressive Casualty Insurance Company. (Attachments: # 1 Exhibit 1a, # 2 Exhibit 1b, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(Harwood, Jonathan) (Entered: 12/02/2013) |
| 12/02/2013 | 17 | MEMORANDUM OF LAW in Opposition re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935). Document filed by Progressive Casualty Insurance Company. (Harwood, Jonathan) (Entered: 12/02/2013) |
| 12/02/2013 | 18 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Drive Insurance Holdings, Inc., Corporate Parent Progressive Corporation for Progressive Casualty Insurance Company. Document filed by Progressive Casualty Insurance Company.(Harwood, Jonathan) (Entered: 12/02/2013) |
| 12/02/2013 | 19 | CERTIFICATE OF SERVICE of Declaration, Memo of Law and Rule 7.1 Statement served on All persons on Certificate of Service on 12/2/2013. Service was made by Mail. Document filed by Progressive Casualty Insurance Company. (Harwood, Jonathan) (Entered: 12/02/2013) |
| 12/03/2013 | 20 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – NOTICE OF APPEARANCE by Robert W. Tomilson on behalf of Axis Reinsurance Company. (Tomilson, Robert) Modified on 12/16/2013 (db). (Entered: 12/03/2013) |
| 12/05/2013 | 21 | MOTION for Andrew M. Reidy to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9144306. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (Attachments: # 1 Supplement Certificate of Good Standing, # 2 Text of Proposed Order Order Granting Admission Pro Hac Vice)(Reidy, Andrew) (Entered: 12/05/2013) |

| | | |
|---|---|---|
| 12/05/2013 | Ï 22 | MOTION for Catherine J. Serafin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−9144399. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (Attachments: # 1 Supplement Certificate of Good Standing, # 2 Text of Proposed Order Order Granting Admission Pro Hac Vice)(Serafin, Cathering) (Entered: 12/05/2013) |
| 12/05/2013 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 21 MOTION for Andrew M. Reidy to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−9144306. Motion and supporting papers to be reviewed by Clerk's Office staff., 22 MOTION for Catherine J. Serafin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−9144399. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 12/05/2013) |
| 12/05/2013 | Ï 23 | MOTION for Robert W. Tomilson to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Axis Reinsurance Company.(Tomilson, Robert) (Entered: 12/05/2013) |
| 12/05/2013 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 23 MOTION for Robert W. Tomilson to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Filing fee not paid. Pay the filing fee by selecting the Pro Hac Vice Fee Payment event from the Other Documents menu item. (bcu)** (Entered: 12/05/2013) |
| 12/09/2013 | Ï | Pro Hac Vice Fee Payment: for 23 MOTION for Robert W. Tomilson to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number 0208−9153970.(Tomilson, Robert) (Entered: 12/09/2013) |
| 12/10/2013 | Ï 24 | DECLARATION of Joseph A. Saka in Support re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC−NDG. Other Court Case Number: 12−CV−01103−RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC−NDG. Other Court Case Number: 12−CV−01103−RLV. (Filing Fee $ 46.00, Receipt Number 465401080935). Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (Attachments: # 1 Exhibit 13, # 2 Exhibit 14)(Schulman, Jeffrey) (Entered: 12/10/2013) |
| 12/10/2013 | Ï 25 | REPLY MEMORANDUM OF LAW in Support re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC−NDG. Other Court Case Number: 12−CV−01103−RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC−NDG. Other Court Case Number: 12−CV−01103−RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) *Reply to Axis Reinsurance Company's Opposition to FDIC−R's Motion to Compel*. Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (Schulman, Jeffrey) (Entered: 12/10/2013) |
| 12/10/2013 | Ï 26 | REPLY MEMORANDUM OF LAW in Support re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC−NDG. Other Court Case Number: 12−CV−01103−RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC−NDG. Other Court Case Number: 12−CV−01103−RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) *Reply to Progressive Casualty Insurance Company Opposition to FDIC−R's Motion to Compel*. Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (Schulman, Jeffrey) (Entered: 12/10/2013) |
| 12/10/2013 | Ï 27 | REPLY MEMORANDUM OF LAW in Support re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC−NDG. Other Court Case Number: 12−CV−01103−RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to |

| | | |
|---|---|---|
| | | Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) *Reply to Transatlantic Reinsurance Company's Opposition to FDIC–R's Motion to Compel*. Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. (Schulman, Jeffrey) (Entered: 12/10/2013) |
| 12/12/2013 | Ï 28 | ORDER. The Clerk of Court is directed to transfer the above–captioned cases from the Part I docket to the undersigned's docket. (Signed by Judge Katherine Polk Failla on 12/12/2013) (rjm) (Entered: 12/12/2013) |
| 12/12/2013 | Ï | Transmission to Case Assignment Clerk. Transmitted re: 28 Order to the Case Assignment Clerk for preparation of notice of case assignment/reassignment. (rjm) (Entered: 12/12/2013) |
| 12/12/2013 | Ï | NOTICE OF CASE REASSIGNMENT to Judge Katherine Polk Failla. Judge Part One is no longer assigned to the case. (pgu) (Entered: 12/12/2013) |
| 12/13/2013 | Ï 29 | NOTICE OF CHANGE OF ADDRESS by Robert W. Tomilson on behalf of Axis Reinsurance Company. New Address: Cozen O'Connor, 1900 Market St., Philadelphia, Pennsylvania, USA 19103, 215–665–5587. (Tomilson, Robert) (Entered: 12/13/2013) |
| 12/13/2013 | Ï 30 | ORDER granting 21 Motion for Andrew M. Reidy to Appear Pro Hac Vice. Mr. Reidy has requested admission Pro Hac Vice for all purposes as counsel for Plaintiff Federal Deposit Insurance Corporation as receiver for Omni National Bank. Accordingly, it is hereby ORDERED that Mr. Reidy is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. (Signed by Judge Katherine Polk Failla on 12/13/2013) (ja) (Entered: 12/16/2013) |
| 12/13/2013 | Ï 31 | ORDER granting 22 Motion for Catherine J. Serafin to Appear Pro Hac Vice. Ms. Serafin has requested admission Pro Hac Vice for all purposes as counsel for Plaintiff Federal Deposit Insurance Corporation as receiver for Omni National Bank. Accordingly, it is hereby ORDERED that Ms. Serafin is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. (Signed by Judge Katherine Polk Failla on 12/13/2013) (ja) (Entered: 12/16/2013) |
| 12/13/2013 | Ï 32 | ORDER granting 23 Motion for Robert W. Tomilson to Appear Pro Hac Vice. Mr. Tomilson has requested admission Pro Hac Vice for all purposes as counsel for Defendant Axis Reinsurance Company. Accordingly, it is hereby ORDERED that Mr. Tomilson is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. (Signed by Judge Katherine Polk Failla on 12/13/2013) (ja) (Entered: 12/16/2013) |
| 12/23/2013 | Ï 33 | LETTER addressed to Judge Katherine Polk Failla from Jeffrey L. Schulman dated December 23, 2013 re: Parties mutually agreeable date for oral argument. Document filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank.(Schulman, Jeffrey) (Entered: 12/23/2013) |
| 12/23/2013 | Ï 34 | MEMO ENDORSEMENT on re: 33 Letter, filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. ENDORSEMENT: Application GRANTED. Oral argument shall be held in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. (Oral Argument set for 1/31/2014 at 02:30 PM in Courtroom 618, U.S. Courthouse, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) (Signed by Judge Katherine Polk Failla on 12/23/2013) (rjm) Modified on 12/26/2013 (rjm). (Entered: 12/26/2013) |
| 01/17/2014 | Ï 35 | MOTION for Matthew J. Dendinger to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9271633. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Progressive Casualty Insurance Company. (Attachments: # 1 Text of Proposed Order)(Dendinger, Matthew) (Entered: 01/17/2014) |

| | | |
|---|---|---|
| 01/17/2014 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 35 MOTION for Matthew J. Dendinger to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9271633. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/17/2014) |
| 01/21/2014 | Ï 36 | ORDER FOR ADMISSION PRO HAC VICE granting 35 Motion for Matthew J. Dendinger to Appear Pro Hac Vice. (Signed by Judge Katherine Polk Failla on 1/21/2014) (rjm) (Entered: 01/21/2014) |
| 01/23/2014 | Ï 37 | OPINION AND ORDER re: 1 MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) MOTION to Compel Subpoenas to Produce. Other Court Name: USDC–NDG. Other Court Case Number: 12–CV–01103–RLV. (Filing Fee $ 46.00, Receipt Number 465401080935) filed by Federal Deposit Insurance Corporation as Receiver for Omni National Bank. Thus, for the reasons discussed herein, the motion is hereby transferred to the United States District Court for the Northern District of Georgia. The Clerk of Court is directed to terminate all remaining deadlines and transfer the case file forthwith. (Signed by Judge Katherine Polk Failla on 1/23/2014) (mro) (Entered: 01/23/2014) |
| 01/23/2014 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – Northern District of Georgia. (mro) (Entered: 01/23/2014) |